# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TUG ROBERT J. BOUCHARD, CORPORATION,[1] | ) Case No. 20-34758 (DRJ) |
| | ) |
| Post-Effective Date Debtor. | ) (Formerly Jointly Administered |
| | ) Under Lead Case No. Bouchard |
| | ) Transportation Co., Inc., 20-34682) |

## POST-EFFECTIVE DEBTORS' WITNESS LIST AND EXHIBIT LIST FOR MATTERS SET FOR DECEMBER 20, 2021 AT 2:30 P.M. (PREVAILING CENTRAL TIME)

The above-captioned debtors and debtors in possession (collectively, the "Debtors") file their Witness and Exhibit List for the hearing to be held on December 20, 2021, at 2:30 p.m. (prevailing Central Time) (the "Hearing") as follows.[2]

### Witnesses

The Debtors may call the following witnesses at the Hearing:[3]

    i. Jeffrey Gasbarra, Chief Administrative Officer and Senior Director at Portage Point Partners, LLC;

    ii. any witness listed by any other party; and

    iii. rebuttal witnesses as necessary.

---

[1] Due to the large number of Debtors in these chapter 11 cases, a complete list of the Debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/bouchard. The location of the Debtors' or Post-Effective Date Debtor's service address is: c/o Portage Point Partners, LLC, 300 North LaSalle, Suite 1420, Chicago, Illinois 60654.

[2] The Debtors reserve the right to amend this Witness and Exhibit List after reviewing any responsive pleadings.

[3] The Debtors reserve the right to cross-examine any witness called by any other party at the Hearing.

**Exhibits**

| No. | Description | Mark | Offer | Object | Admit | W/D | Docket No. |
|---|---|---|---|---|---|---|---|
| 1. | Declaration of Jeffrey Gasbarra, Senior Director of Portage Point Partners, LLC in Support pf the Post-Effective Date Debtor's Third Omnibus Objection to Certain Proofs of Claim (Modified Claims, Misclassified Claims, Fully or Partially Satisfied Claims, Duplicate Claims, and No Liability Claims) [Docket No. 12] | | | | | | |
| 2. | Declaration of Jeffrey Gasbarra, Senior Director of Portage Point Partners, LLC in Support of the Post-Effective Date Debtor's Fourth Omnibus Objection to Certain Proofs of Claim (Modified Claims, Fully or Partially Satisfied Claims, Duplicate Claim, and No Liability Claims) [Docket No. 13] | | | | | | |
| 3. | Declaration of Jeffrey Gasbarra, Senior Director of Portage Point Partners, LLC in Support of the Post-Effective Date Debtor's Fifth Omnibus Objection to Certain Proofs of Claim (Misclassified Claims and Incorrect Debtor Claims) [Docket No. 14] | | | | | | |
| 4. | Certificate of Service [Docket No. 20] | | | | | | |
| | Any document or pleading filed in the above-captioned main cases. | | | | | | |
| | Any exhibit necessary for impeachment and/or rebuttal purposes. | | | | | | |
| | Any exhibit identified or offered by any other party. | | | | | | |

The Post-Effective Debtors reserve the right to supplement or amend this Witness and Exhibit List and to identify additional exhibits, including but not limited to rebuttal and impeachment exhibits, prior to the conclusion of the Hearing.

Houston, Texas
December 16, 2021

*/s/ Genevieve M. Graham*

| | |
|---|---|
| **JACKSON WALKER L.L.P.** | **KIRKLAND & ELLIS LLP** |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Genevieve M. Graham (TX Bar No. 24085340) | Ryan Blaine Bennett, P.C. (admitted *pro hac vice*) |
| Veronica A. Polnick (TX Bar No. 24079148) | Whitney Fogelberg (admitted *pro hac* vice) |
| 1401 McKinney Street, Suite 1900 | 300 North LaSalle Street |
| Houston, Texas 77010 | Chicago, Illinois 60654 |
| Telephone:   (713) 752-4200 | Telephone:   (312) 862-2000 |
| Facsimile:   (713) 752-4221 | Facsimile:   (312) 862-2200 |
| Email:   mcavenaugh@jw.com | Email:   ryan.bennett@kirkland.com |
|   ggraham@jw.com |   whitney.fogelberg@kirkland.com |
|   vpolnick@jw.com | |
| | - and - |
| | **KIRKLAND & ELLIS LLP** |
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| | Christine A. Okike, P.C. (admitted *pro hac* vice) |
| | 601 Lexington Avenue |
| | New York, New York 10022 |
| | Telephone:   (212) 446-4800 |
| | Facsimile:   (212) 446-4900 |
| | Email:   christine.okike@kirkland.com |
| *Co-Counsel to the Post-Effective Date Debtor* | *Co-Counsel to the Post-Effective Date Debtor* |

## Certificate of Service

I certify that on December 16, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Genevieve M. Graham*
Genevieve M. Graham