**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Tug Robert J. Bouchard, Corporation,[1] | ) | Case No. 20-34758 (DRJ) |
|  | ) |  |
| Post-Effective Date Debtors. | ) |  |
|  | ) | (Formerly Jointly Administered Under Lead |
|  | ) | Case: Bouchard Transportation Co., Inc., |
|  | ) | 20-34682) |

## AGENDA FOR JANUARY 18, 2022 HEARING

The above-captioned post-effective date debtors and debtors in possession (collectively, the "Post-Effective Date Debtors") hereby file the agenda for matters set for hearing on January 18, at 2:00 p.m. (prevailing Central Time).

## OMNIBUS CLAIMS OBJECTIONS

1. *Post-Effective Date Debtors' First Omnibus Objection to Certain Proofs of Claim (Amended Claims, Exact Duplicate Claims, Insufficient Documentation Claims, Late-Filed Claims, No Liability Claims, and Satisfied )* [Docket No. 995 in case no. 20-34682].

   Responses for reset:

   - Hafnia Tankers Shipholding Malta Ltd. [response at Docket No. 121]

   Status: Parties in settlement discussions. discussion and agree to reset for a couple of weeks.  If possible, requesting to reset to February 2, 2022, at 10:00 a.m. (Court's available self-calendar claim objection hearing date).

   - Paulsboro Refining Company LLC, PBF Holding Company, LLC, Delaware City Refining Company LLC [informal response from counsel]

   Status: Parties have agreed on amounts for settlement and are working to paper deal.  Will upload stipulation and agreed order once finalized.

---

[1] Due to the large number of Debtors in these chapter 11 cases, a complete list of the Debtor entities and the last four digits of their federal tax identification numbers is not provided herein.  A complete list may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/bouchard.  The location of the Debtors' or Post-Effective Date Debtors' service address is:  c/o Portage Point Partners, LLC, 300 North LaSalle, Suite 1420, Chicago, Illinois 60654.

2.    *Post-Effective Date Debtors' Third Omnibus Objection to Certain Proofs of Claim (Modified Claims, Misclassified Claims, Fully or Partially Satisfied Claims, Duplicate Claims, and No Liability Claims)* [Docket No. 12]

>    <u>Responses</u>: Peak Credit LLC and 507 Summit LLC [Docket No. 46].

>    <u>Status</u>: Post-Effective Debtors request that the Court set for final hearing on February 2, 2022, at 10:00 a.m. (Court's available self-calendar claim objection hearing date).

3.    *Post-Effective Date Debtors' Fourth Omnibus Objection to Certain Proofs of Claim (Modified Claims, Fully or Partially Satisfied Claims, Duplicate Claims, and No Liability Claims)* [Docket No. 13].

>    <u>Responses</u>: Peak Credit LLC [Docket No. 46].

>    <u>Status</u>: Post-Effective Debtors request that the Court set for final hearing on February 2, 2022, at 10:00 a.m. (Court's available self-calendar claim objection hearing date).

4.    *Post-Effective Date Debtors' Sixth Omnibus Objection to Certain Proofs of Claim (Partial Liability, Satisfied, Duplicate, No Liability, Reclassified, Late-Filed Claims)* [Docket No. 103].

>    <u>Resolved by</u> pending *Certificate of Counsel with Respect to Post-Effective Date Debtors' Sixth Omnibus Claim Objection* [Docket No. 123].:

Houston, Texas
January 18, 2022

*/s/ Genevieve M. Graham*
**JACKSON WALKER LLP**
Matthew D. Cavenaugh (TX Bar No. 24062656)
Genevieve M. Graham (TX Bar No. 24085340)
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone:     (713) 752-4200
Facsimile:     (713) 752-4221
Email:         mcavenaugh@jw.com
               ggraham@jw.com

*Co-Counsel to the Debtors*
*and Debtors in Possession*

2

31481678v.1

**Certificate of Service**

I certify that on January 18, 2022, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ Genevieve M. Graham
Genevieve M. Graham

31481678v.1