IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Tug Robert J. Bouchard, Corporation,[1] | ) ) | Case No. 20-34758 (DRJ) |
| Post-Effective Date Debtors. | ) ) ) ) ) ) | (Formerly Jointly Administered Under Lead Case: Bouchard Transportation Co., Inc., 20-34682) |
| | | Relates to Docket No. 995 in case no. 20-34682.   Docket No. 144 |

**STIPULATION AND AGREED ORDER BETWEEN THE POST-EFFECTIVE DATE DEBTORS AND HAFNIA TANKERS SHIPHOLDING MALTA LTD.**

This stipulation and agreed order (the "Stipulation and Agreed Order") is made and entered into by and between the Plan Administrator[2] on behalf of the above-captioned post-effective date debtors (collectively, the "Debtors" and, after the September 3, 2021 Effective Date, the "Post-Effective Date Debtors") and Hafnia Tankers Shipholding Malta Ltd. (the "Claimant" and, collectively with the Post-Effective Date Debtors, the "Parties"). The Parties stipulate to and agree as follows:

**RECITALS**

A.      The Post-Effective Date Debtors filed their *First Omnibus Objection to Certain Proofs of Claim (Amended Claims, Exact Duplicate Claims, Insufficient Documentation Claims,*

---

[1]   Due to the large number of Debtors in these chapter 11 cases, a complete list of the Debtor entities and the last four digits of their federal tax identification numbers is not provided herein.  A complete list may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/bouchard.  The location of the Debtors' or Post-Effective Date Debtors' service address is:  c/o Portage Point Partners, LLC, 300 North LaSalle, Suite 1420, Chicago, Illinois 60654.

[2]   The Plan appoints Matthew Ray, Debtors' Chief Restructuring Officer, as the Plan Administrator and the Plan grants the Plan Administrator the authority to litigate and settle claims objections. *See* Plan, Art. IX.B.

31763548v.2

*Late-Filed Claims, No Liability Claims, and Satisfied Claims)* [Docket No. 995 in case no. 20-34682] (the "Objection"), which objects to certain of the Claimant's claims (the "Claims"), all as more fully set forth in the Objection.

B. The Parties have reached a settlement of the Claims.

**NOW, THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE AS FOLLOWS:**

1. The Claimant has an allowed $450,000.00 general unsecured claim against the Post-Effective Date Debtors.

2. This Stipulation and Agreed Order resolves all claims that the Claimant has or could have filed against the Debtors or the Post-Effective Date Debtors.

3. The Bankruptcy Court shall have exclusive jurisdiction to resolve any and all disputes related to this Stipulation and Agreed Order.

4. This Stipulation and Agreed Order shall be effective and enforceable immediately upon entry.

**IT IS SO ORDERED.**

Signed: February 16, 2022.

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

31763548v.2

**AGREED TO:**

*/s/ Genevieve M. Graham*

**JACKSON WALKER L.L.P.**
Matthew D. Cavenaugh (TX Bar No. 24062656)
Genevieve M. Graham (TX Bar No. 24085340)
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone:      (713) 752-4200
Facsimile:       (713) 752-4221
Email:             mcavenaugh@jw.com
                      ggraham@jw.com

*Counsel to the Plan Administrator*


- and –

*/s/ Jacqulyn S. Loftin (w/p)*

**LAMONICA, HERBST & MANISCALCO LLP**
Jacqulyn S. Loftin
3305 Jerusalem Ave.
Wantagh, NY 11793
Telephone:  (516) 826-6500
Email:        jsl@lhmlawfirm.com

*Counsel to Claimant*

31763548v.2