UNITED STATES BANKRUPTCY COURT                    SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-34758 |
|---|---|---|---|
| Debtor | In Re: Tug Robert J. Bouchard Corporation | | |

This lawyer, who is admitted to the State Bar of ___Texas___ :

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Devanshi Somaya<br>Jackson Walker LLP<br>2323 Ross Avenue, Suite 600<br>Dallas, TX 75201<br>(214) 953-5873<br>Texas 24102524 |

Seeks to appear as the attorney for this party:

| Tug Robert J. Bouchard Corporation | |
|---|---|
| Dated: 4/12/2022 | Signed: */s/ Devanshi Somaya* |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

| Dated: | Signed: _____<br>Deputy Clerk |
|---|---|

## Order

This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                  United States Bankruptcy Judge