United States Bankruptcy Court
Southern District of Texas

**ENTERED**

May 09, 2022

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Tug Robert J. Bouchard, Corporation,[1] | ) Case No. 20-34758 (DRJ) |
| | ) |
| Post-Effective Date Debtors. | ) |
| | ) (Formerly Jointly Administered Under Lead |
| | ) Case: Bouchard Transportation Co., Inc., 20- |
| | ) 34682) |

**SCHEDULING ORDER**

1.      The Parties shall serve initial Fed. R. Civ. P. 26(a) initial disclosures, and

interrogatories, if any, and requests for production of documents, if any, on or by May 31, 2022.

2.      The Parties shall serve responses to interrogatories and responses to requests for

production of documents on or by June 30, 2022.

3.      The Parties shall complete all fact witness depositions by August 31, 2022.

4.      The Parties shall exchange expert designations and expert reports on September 30,

2022.

5.      Expert depositions, if any, shall be completed on or by October 31, 2022.

6.      The Parties shall file a joint pre-trial order with the Court by November 22, 2022.

7.      The Parties shall hold a pre-trial status conference with the Court on __November 30__

2022 at __10:00__ o'clock Central Time.  The Court will assign a trial date at the conference.

---

[1]      Due to the large number of Debtors in these chapter 11 cases, a complete list of the Debtor entities and the last four digits of their federal tax identification numbers is not provided herein.  A complete list may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/bouchard.  The location of the Debt-ors' or Post-Effective Date Debtors' service address is:  c/o Portage Point Partners, LLC, 300 North LaSalle, Suite 1420, Chicago, Illinois 60654.

8.      Part VII of the Federal Rules of Bankruptcy Procedure applies to the contested matter regarding *GMD Shipyard Corp.'s Motion for Allowance and Payment of Administrative Expense Claim* [Docket No. 95], including Federal Rule of Bankruptcy Procedure 7026.

9.      Any changes in this schedule will only be made by further order of the Court, either orally at a hearing or in writing. Motions to extend these deadlines will be granted only for good cause shown.

SO ORDERED:

   **Signed:  May 09, 2022.**

   **DAVID R. JONES**
   **UNITED STATES BANKRUPTCY JUDGE**

Page 3 of 3

**ENTRY REQUESTED:**

*/s/ Genevieve M. Graham*
**JACKSON WALKER L.L.P.**
Matthew D. Cavenaugh (TX Bar No. 24062656)
Genevieve M. Graham (TX Bar No. 24085340)
Devanshi Somaya (*pro hac vice* pending)
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone: (713) 752-4200
Facsimile: (713) 752-4221
Email: mcavenaugh@jw.com
ggraham@jw.com
dsomaya@jw.com

*Counsel for the Debtors and
Debtors in Possession*

*/s/ John T. Lillis*
**KENNEDY LILLIS SCHMIDT & ENGLISH**
John T. Lillis
Thomas C. Murphy
75 Maiden Lane, Ste. 402
New York, New York 10038
Telephone: (212) 430-0800
Facsimile: (212) 430-0810
Email: jlillis@klselaw.com
tmurphy@klselaw.com

*Counsel for the GMD Shipyard Corp.*

32426537v.1 157927/00001