United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 04, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Tug Robert J. Bouchard, Corporation,[1] | ) | Case No. 20-34758 (DRJ) |
| | ) | |
| Post-Effective Date Debtors. | ) | |
| | ) | (Formerly Jointly Administered Under Lead |
| | ) | Case: Bouchard Transportation Co., Inc., 20- |
| | ) | 34682) |

## AGREED AMENDED SCHEDULING ORDER    (Docket No. 194)

1. The Parties shall serve initial Fed. R. Civ. P. 26(a) initial disclosures, and interrogatories, if any, and requests for production of documents, if any, on or by May 31, 2022.

2. The Parties shall serve responses to interrogatories and responses to requests for production of documents on or by August 31, 2022.

3. The Parties shall complete all fact witness depositions by November 30, 2022.

4. The Parties shall exchange expert designations and expert reports on November 30, 2022.

5. Expert depositions, if any, shall be completed on or by January 20, 2023.

6. The Parties shall file a joint pre-trial statement with the Court by February 15, 2023.

7. The Parties shall hold a pre-trial status conference with the Court on ~~February~~ February 22, 2023 at ~~2:30 p.m.~~ 2:30 p.m. CT. The Court will assign a trial date at the conference.

---

[1] Due to the large number of Debtors in these chapter 11 cases, a complete list of the Debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/bouchard. The location of the Debtors' or Post-Effective Date Debtors' service address is: c/o Portage Point Partners, LLC, 300 North LaSalle, Suite 1420, Chicago, Illinois 60654.

8. Part VII of the Federal Rules of Bankruptcy Procedure applies to the contested matter regarding GMD Shipyard Corp.'s Motion for Allowance and Payment of Administrative Expense Claim [Docket No. 95], including Federal Rule of Bankruptcy Procedure 7026.

SO ORDERED:

Signed: November 04, 2022.

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

**AGREED AS TO FORM AND SUBSTANCE:**

| | |
|---|---|
| */s/ Genevieve M. Graham* | */s/ John T. Lillis* |
| **JACKSON WALKER L.L.P.** | **KENNEDY LILLIS SCHMIDT & ENGLISH** |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | John T. Lillis |
| Genevieve M. Graham (TX Bar No. 24085340) | Thomas C. Murphy |
| Devanshi Somaya (*pro hac vice* pending) | 75 Maiden Lane, Ste. 402 |
| 1401 McKinney Street, Suite 1900 | New York, New York 10038 |
| Houston, Texas 77010 | Telephone: (212) 430-0800 |
| Telephone: (713) 752-4200 | Facsimile: (212) 430-0810 |
| Facsimile: (713) 752-4221 | Email: jlillis@klselaw.com |
| Email: mcavenaugh@jw.com | tmurphy@klselaw.com |
| ggraham@jw.com | |
| dsomaya@jw.com | |
| | |
| *Counsel for the Debtors and Debtors in Possession* | *Counsel for the GMD Shipyard Corp.* |